IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:23-CV-0036-D-RJ

| | |
|---|---|
| EPIC TECH, LLC and<br>BLUE STREAK BIDS, LLC | ) |
| Plaintiff(s), | ) |
| v. | ) |
| RALEIGH STARTUP SOLUTIONS LLC<br>et al, | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

Kaiser Hauter who is a defendant,
(name of party/intervenor) (plaintiff/defendant/other:__________)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

YES ○ NO ◉

2. Does the party/intervenor have any parent corporations?

YES ○ NO ◉

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

YES ○ NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ○ NO ◉

5. Is the party/intervenor a trade association?

YES ○ NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: s/ Susan Freya Olive, his attorney

Date: 4/24/2023

**CERTIFICATE OF SERVICE**

As to those parties not filed by service of this pleading with the court's electronic filing system, the undersigned certifies that a true copy of this pleading and any exhibit or proposed order filed therewith is being served on all such parties whose addresses have been disclosed in the pleadings and that are not in default, by mailing a copy of the same to them via first class mail, addressed to them at the address provided for them in the Affidavit of Service or, if not served, in the Summons, on the 24th day of April, 2023.

s/Susan Freya Olive
Susan Freya Olive