UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:23-CV-00136-D

| | |
|---|---|
| EPIC TECH, LLC and BLUE STREAK BIDS, LLC,<br>　　　　　　　　　　　　Plaintiffs<br><br>v.<br><br>RALEIGH STARTUP SOLUTIONS LLC DBA GOOD LUCK NC and WWW.GOODLUCKNC.COM, et al.,<br>　　　　　　　　　　　　Defendants | **ORDER**<br>ALLOWING LIMITED APPEARANCE OF SUSAN FREYA OLIVE ON BEHALF OF DEFENDANT KAISER HAUTER |

　　　　This matter coming on for hearing on motion of Susan Freya Olive that the Court permit her appearance to be limited to representation of Mr. Hauter with respect to the motion for preliminary inunction that presently is pending before the Court and set for hearing on Monday, April 24, 2023, including appearing at the hearing, filing documents, and arguing on behalf of Mr. Hauter in connection with the pending motion, and it appearing to the Court that the motion is well founded and that Mr. Hauter has consented, and that opposing counsel has been consulted and has not objected,

　　　　IT IS ORDERED that the motion is granted and that Ms. Olive's entry of appearance is accepted for the limited purpose of appearing, filing documents, and arguing on behalf of Mr. Hauter with respect to the motion for preliminary inunction that presently is pending before the Court and set for hearing on Monday, April 24, 2023.

　　　　SO ORDERED, this 24th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Robert B. Jones, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge