UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00136-D

| | | |
|---|---|---|
| EPIC TECH, LLC and BLUE STREAK BIDS, LLC, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | ORDER |
| RALEIGH STARTUP SOLUTIONS LLC, et al., | § § § § | |
| *Defendants.* | § | |

Upon consideration of Plaintiffs' Motion to File Under Seal, [DE-95], the Court **GRANTS** the motion and **FINDS** that Plaintiffs' request to seal has outweighed the presumption in favor of the public's First Amendment right of access to judicial records. The Court makes this finding because the materials requested to be filed under seal (Exhibit E to the Declaration of Brendan Mullins in support of Plaintiff's Reply in support of its Motion for Preliminary Injunctive Relief Dkt. 11 (the "Exhibit")) consists of confidential materials discussing, among other things, Plaintiffs' license fees, terms, and other sensitive financial and business information.

The Court has considered whether less drastic alternatives to sealing would be sufficient, and where the necessary redactions would result in much of the Exhibit being useless, finds that there are no adequate alternatives to sealing.

Further, the filing of the instant motion has given the public adequate notice and opportunity to challenge the request to seal.

For the foregoing reasons, Plaintiffs' Motion to File Under Seal is **GRANTED**, and the Clerk's Office is directed to maintain Exhibit E to the Declaration of Brendan Mullins in support of Plaintiff's Reply in support of its Motion for Preliminary Injunctive Relief Dkt. 11 under seal.

**SO ORDERED** this the 21 day of August 2023.

Robert B. Jones, Jr.
United States Magistrate Judge