UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-CV-136-D-RJ

EPIC TECH, LLC and BLUE STREAK
BIDS, LLC,

              Plaintiffs,

v.

RALEIGH STARTUP SOLUTIONS LLC,
*et al.*,

              Defendants.

**CONSENT PERMANENT
INJUNCTION**

Plaintiffs Epic Tech, LLC ("Epic Tech") and Blue Streak Bids, LLC ("Blue Streak") filed their Verified Complaint [Doc. 1] seeking a preliminary injunction and other equitable relief arising from federal claims for copyright infringement, trademark infringement, and unfair competition. This matter is now before the Court on joint motion by Plaintiffs and Defendant Garret Hall for entry of this Consent Permanent Injunction. Having considered the record of this action, with the consent of the parties named herein and in accordance with Federal Rule of Civil Procedure 65(a), the Court makes the following findings:

1.      Service of process was duly made on Hall. The Court has jurisdiction over Hall individually and has subject matter jurisdiction over the action.

2.      Injunctive relief is authorized by both federal and state law for the claims raised in the Complaint. *See* 17 U.S.C. § 1322 (copyrights); 15 U.S.C. § 1116(a) (trademarks). To obtain injunctive relief, Plaintiffs must show "[1] that [it] is likely to succeed on the merits, [2] that [it] is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of

equities tips in [its] favor, and [4] that an injunction is in the public interest." *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

3.     Upon review of the specific facts set forth in the Affidavits and Verified Complaint, and based upon the consent of the parties, the Court finds that permanent injunctive relief is appropriate in this action. Hall represents to the Court and to Plaintiffs that Hall has ceased use, distribution, and duplication of any intellectual property of Plaintiffs in any manner whatsoever. Hall willingly consents to entry of this permanent injunction to conclude Plaintiff's claims as to him and as a material term of a confidential settlement agreement between the parties.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Garret Hall, his agents, servants, employees, confederates, and any person acting in concert or participation with him are prohibited directly or indirectly from:

   a. Copying, reproducing, marketing, distributing, selling or otherwise using in any way, or aiding or assisting others in doing any of the foregoing, any reproduction, counterfeit, copy, or colorable imitation of the Epic System software known as "Legacy." Such reproduction, counterfeit, copy or colorable imitation includes but is not limited to the software system known as "Phantom" or "Phoenix" whether known by that name or any other.

   b. Operating or offering to the public, or aiding or assisting others in operating or offering to the public, any machines or online video or gaming systems or programs that use any reproduction, counterfeit, copy, or colorable imitation of the Epic System software known as "Legacy." Such reproduction, counterfeit, copy or

2

colorable imitation includes but is not limited to the software system known as "Phantom" or "Phoenix" or any derivation of same.

c. Using, copying, reproducing, marketing, distributing, selling, or offering to the public any goods, materials, or tangible items that infringe upon any of the following copyrights:

| Registration Number | Name | Copyrighted Work |
|---|---|---|
| VA0001779200 | Cherries | |
| VA0001745457 | Double Bonus Icon | |
| VA0001746300 | Duck Bonus Icon | |
| VA0001745520 | Lucky Duck Game Icons and Screen | |

72494498;1

| | | |
|---|---|---|
| VA0001747784 | Lucky Seven Icon | |
| VA0001779212 | Watermelon | |

    d.  Using, copying, reproducing, marketing, distributing, selling, or offering to the public any goods, materials, or tangible items that infringe upon any of the following trademarks:

| Registration Number | Trademark | Registration Type | Status |
|---|---|---|---|
| 4,250,205 | Breakfast Bonanza | Standard character mark. | Registered and incontestable. |
| 5,950,166 | Bucks and Bucks | Standard character mark. | Registered. |
| 3,959,135 | Bustin Vegas | Standard character mark. | Registered and incontestable. |
| 4,272,335 | Circus Party | Standard character mark. | Registered and incontestable. |
| 4,162,262 | Crazy Casino | Standard character mark. | Registered and incontestable |
| 4,070,405 | Deep Sea Party | Design mark. | Registered and incontestable |

4

| Registration Number | Trademark | Registration Type | Status |
|---|---|---|---|
| | | | |
| 4,272,235 | Dinosaur Hunter | Standard character mark. | Registered and incontestable |
| 4,258,782 | Fishing Mob | Standard character mark. | Registered and incontestable. |
| 4,070,403 | Four Leaf Cash | Standard character mark. | Registered and incontestable. |
| 4,073,843 | Goldorado | Standard character mark. | Registered and incontestable. |
| 3,955,704 | Hotter Than | Design mark. | Registered and incontestable. |
| 4,272,336 | Ice Cream Mania | Standard character mark. | Registered and incontestable. |
| 3,853,565 | Lucky Duck | Design mark. | Registered and incontestable. |

5

| Registration Number | Trademark | Registration Type | Status |
|---|---|---|---|
| 4,272,210 | Mama's Money | Standard character mark. | Registered and incontestable. |
| 4,258,800 | Plush Vampire | Standard character mark. | Registered and incontestable. |
| 4,272,332 | Ritzy Kitty | Standard character mark. | Registered and incontestable. |
| 3,782,629 | Robbin Some Cash | Standard character mark. | Registered and incontestable. |
| 6,017,723 | Rolling Hot Stones | Design mark.<br> | Registered. |
| 4,118,449 | Super Hot Hot Hot Chili Peppers | Standard character mark. | Registered and incontestable. |
| 4,272,232 | Vulcanus | Standard character mark. | Registered and incontestable. |

e. Using, copying, reproducing, marketing, distributing, selling, or offering to the public, or aiding or assisting others with using, copying, reproducing, marketing, distributing, selling, or offering to the public any goods, materials, or tangible items containing substantially all of or derived from source code of Legacy or of the Epic System.

f. Using, copying, reproducing, marketing, distributing, selling, or offering to the public, or aiding or assisting others with using, copying, reproducing, marketing,

72494498;1

distributing, selling, or offering to the public any mark or combination of marks that are likely to cause confusion with those identified in (c)(ix) – (xiii) above.

g. Falsely representing that any product or software program is derived from Legacy.

h. Taking any action to conceal any act or combination of acts that violate any of the foregoing including, but not limited to, the destruction of evidence or tampering with witnesses.

2. To the extent not already done so, Hall shall deliver all copies of the Epic System or any derivations thereof within their possession, custody, or control to Epic Tech's counsel within thirty (30) days of entry of this order.

3. Any violation of the terms of the injunction entered by this Court shall be immediately punishable by contempt upon a showing of cause, and this Court retains jurisdiction over the parties for purposes of enforcement of this order.

4. Pursuant to Federal Rule of Civil Procedure 65(d)(2), this Order only binds the Plaintiffs and Hall and any of Hall's officers, agents, servants, employees, and also persons who are in active concert with any of the foregoing who receive actual notice of this Order by personal service or otherwise.

SO ORDERED. This 14 day of November, 2023.

J. Dever

JAMES C. DEVER, III
United States District Judge

72494498;1

**WE CONSENT:**

Garret Hall
15 Freedom Way, Unit 85
Niantic, CT 06357

/s/ Donald R. Pocock
Donald R. Pocock, NC Bar No. 29393
Akerman LLP
Attorneys for Plaintiffs
100 N. Main Street, Suite 2425
Winston-Salem, NC 27101
Telephone: 336.296.7118
Fax: 336.296.7026
E-mail: donald.pocock@akerman.com

72494498;1