UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL CASE NO. 5:23-00136-D-RJ

| | |
|---|---|
| EPIC TECH, LLC and BLUE STREAK BIDS, LLC, | § § § § |
| *Plaintiffs*, | § § |
| v. | § § § |
| RALEIGH STARTUP SOLUTIONS, LLC et al., | § § § § |
| *Defendants.* | § |

## STIPULATED JUDGMENT

Pursuant to the stipulation of Plaintiffs Epic Tech, LLC and Blue Streak Bids, LLC's ("Plaintiffs") and Defendants Kaiser Hauter and, to the extent it is a website owned by Kaiser Hauter, www.nconlinegames.com (collectively the "Kaiser Hauter Defendants"), the Court hereby enters this Stipulated Final Judgment:

1. Plaintiffs filed their Original Verified Complaint, Application for Temporary Restraining Order, and Request for Injunctive Relief (the "Original Complaint") on March 20, 2023 (Dkt. 1).

2. Kaiser Hauter filed his Response to the Complaint on May 18, 2023 (Dkt. 88), and Plaintiff's motion for entry of default judgment against www.nconlinegames.com was denied by the Court on December 29, 2023 (Dkt. 177).

3. Plaintiffs and the Kaiser Hauter Defendants have reached settlement in this matter concerning all claims against the Kaiser Hauter Defendants with no admission of liability.

STIPULATED FINAL JUDGMENT                                                                 PAGE 1 OF 2

Case 5:23-cv-00136-D-RJ     Document 188     Filed 05/06/25     Page 1 of 2

4. Plaintiffs elect to voluntarily dismiss with prejudice all claims brought in this matter against the Kaiser Hauter Defendants.

**THEREFORE, IT IS ORDERED** that all claims against the Kaiser Hauter Defendants are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Kauser Hauter Defendants, including their agents, servants, employees, independent contractors, representatives, and those persons or entities in active concert or participation with them, are permanently enjoined from:

Without authorization from Epic Tech, using, copying, reproducing, preparing derivative works of, sharing, relocating, transferring, advertising, offering for sale, selling, offering access, offering credits for, or distributing to any individuals or entities any entertainment or gaming software, systems, or machines, whether used at a physical location or through online accessibility, that display or make accessible for commercial use the following:

  i. Epic Tech's Copyrights, as set out in Exhibit B to the Original Complaint (Dkt. 1-1), and Exhibit C to the Declaration of Mr. Pinkus (Dkt. 13-3);

  ii. Epic Tech's Registered Trademarks, as set out in Exhibit C to the Original Complaint (Dkt. 1-2) and Exhibit D to the Declaration of Mr. Pinkus (Dkt. 13-4); and

  iii. The "Epic Tech Unregistered Trademarks," as set out in Exhibit E to the Declaration of Mr. Pinkus (Dkt. 13-5).

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

SO ORDERED. This the 6 day of May, 2025.

JAMES C. DEVER III
United States District Judge

STIPULATED FINAL JUDGMENT                                                                                                    PAGE 2 OF 2

Case 5:23-cv-00136-D-RJ    Document 188    Filed 05/06/25    Page 2 of 2